FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

APR 2 6 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. W-16-CR-068(1) |
| | * | |
| RAMON RODRIGUEZ, JR. | * | |

ORDER

Came on for consideration the Government's Motion for Review and Appeal of an Order of Release and Motion for Revocation of an Order of Release entered by United States Magistrate Judge Jeffrey C. Manske, Waco Division, Western District of Texas, dated April 21, 2016. The Court, being fully advised of the premises, finds that a ~~hearing on this motion would be appropriate to review the Magistrate Judge's decision.~~ The motion is Denied as MOOT. ~~Defendant shall not be released from custody until ordered by this Court. The Court DIRECTS that the Clerk of the Court set the Government's motion for a prompt hearing.~~

SIGNED this the 26th day of April, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE