# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

FILED
JUN 2 7 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> V. ) <br> ) <br> RAMON RODRIGUEZ, JR., ) <br> aka "Bacon" ) <br> ) <br> Defendant. ) | WAIVER OF INDICTMENT <br><br> CASE NUMBER: W-16-CR-068(1) |

I, **RAMON RODRIGUEZ, JR.**, the above named defendant, who is accused in one count of *Conspiracy to Possess With Intent to Distribute Methamphetamine, a Schedule II Controlled Substance* and *Conspiracy to Possess With Intent to Distribute Cocaine, a Schedule II Controlled Substance*, both in violation of Title 21, United States Code, Sections 841(a)(1) and 846, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 27, 2016, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
RAMON RODRIGUEZ, JR. aka "Bacon"
Defendant

_____
CHRIS DORBANDT
Counsel for Defendant

BEFORE: _____ 6-27-16
ALIA MOSES
UNITED STATES DISTRICT JUDGE