# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | WA:16-CR-00068(1)-AM |
| § | |
| (1) RAMON RODRIGUEZ JR § | |

## ORDER RESETTING SENTENCING - IN WACO

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING - IN WACO** in District Courtroom #2, on the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Wednesday, April 26, 2017 at 10:00 AM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 20th day of December, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE